*D. Parsons* for petitioner. *Mr. Ward Kremer* for respondent.

No. 832. INNIS *v.* UNITED MERCANTILE AGENCIES, INC. May 1, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Earl B. Barnes* and *Alan W. Boyd* for petitioner. *Mr. Henry I. Green* for respondent.

No. 843. SAFEWAY TRAILS, INC. *v.* GREENLEAF. May 1, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis B. Arnold* for petitioner. *Mr. Louis H. Sheriff* for respondent.

No. 748. JOGGER MANUFACTURING CORP. *v.* ROQUE-MORE, DOING BUSINESS AS MULTIGRAPH SALES AGENCY. May 1, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Howard D. Moses* for petitioner. *Mr. Philip M. Aitken* for respondent.

No. 754. MESHBERGER ET AL. *v.* FEDERAL LAND BANK OF LOUISVILLE. May 1, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. The application for appeal is also denied. *Messrs. Elmer McClain* and *Samuel E. Cook* for petitioners. *Mr. William C. Goodwyn* for respondent.

No. 789. BLUE ET AL. *v.* UNITED STATES;
No. 790. CLARK ET AL. *v.* UNITED STATES; and